**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1305**

SHEILA E. BROWN,

Plaintiff - Appellant,

v.

BERKLEY STAFFING, LLC; METRO MACHINE CORP.; GENERAL DYNAMICS
CORP.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge.  (2:12-cv-00564-MSD-TEM)

Submitted:  September 24, 2013     Decided:  September 26, 2013

Before NIEMEYER and THACKER, Circuit Judges, HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sheila E. Brown, Appellant Pro Se.  Elaine Inman Hogan, Howard
W. Martin, Jr., CRENSHAW WARE & MARTIN, PLC, Norfolk, Virginia;
Jocelyn Renee Cuttino, MORGAN LEWIS & BOCKIUS, LLP, Washington,
D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila E. Brown appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Berkley Staffing, LLC, No. 2:12-cv-00564-MSD-TEM (E.D. Va. Feb. 4, 2013). We deny Berkley Staffing, LLC's motion to strike Brown's informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED